J. R. ALSING COMPANY, Appellant, *v.* NEW ENGLAND QUARTZ AND SPAR COMPANY, Respondent.

*Alsing Co.* v. *New England Quartz & Spar Co.,* 66 App. Div. 473, affirmed.
(Argued March 20, 1903; decided April 7, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1901, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*James C. Cropsey* for appellant.

*George C. Lay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.